UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DONATT PAULLMAN GILPIN,

  Plaintiffs,

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

  Defendants.

_____/

CASE NO.: 0:24-cv-62352-AHS

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC

COMES NOW Plaintiff, DONATT PAULLMAN GILPIN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 14th day of January, 2025.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620

1

                                        Georgia Bar #: 617963
                                        Pennsylvania #: 325066
                                        The Consumer Lawyers PLLC
                                        501 E. Kennedy Blvd., Ste 610
                                        Tampa, FL 33602
                                        Cell: (813)299-8537
                                        Facsimile: (844)951-3933
                                        Tav@theconsumerlawyers.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 14th day of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                        **/s/Octavio Gomez**
                                        Octavio "Tav" Gomez
                                        Florida Bar #:0338620
                                        The Consumer Lawyers, PLLC
                                        *Attorney for Plaintiff*