UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DONATT PAULLMAN GILPIN,

  Plaintiffs,

v.

CASE NO.: 0:24-cv-62352-AHS

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANS UNION LLC,

  Defendants.

_____/

### NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, DONATT PAULLMAN GILPIN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 23rd day of January, 2025.

                                              **/s/Octavio Gomez**
                                              Octavio "Tav" Gomez
                                              Florida Bar #:0338620
                                              The Consumer Lawyers, PLLC
                                              501 E Kennedy Blvd, Ste 610
                                              Tampa, Florida 33602
                                              Cell: (813)299-8537
                                              Facsimile: (844)951-3933
                                              Tav@theconsumerlawyers.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*