UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DONATT PAULLMAN GILPIN,

  Plaintiffs,

v.

CASE NO.: 0:24-cv-62352-AHS

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANS UNION LLC,

  Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
EXPERIAN INFORMATION SOLUTIONS, INC.**

     COMES NOW Plaintiff, DONATT PAULLMAN GILPIN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 5th day of February, 2025.

                                    **/s/Octavio Gomez**
                                    Octavio "Tav" Gomez
                                    Florida Bar #:0338620
                                    The Consumer Lawyers, PLLC
                                    501 E Kennedy Blvd, Ste 610
                                    Tampa, Florida 33602
                                    Cell: (813)299-8537
                                    Facsimile: (844)951-3933
                                    Tav@theconsumerlawyers.com
                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 5th day of February, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*